UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA ANSARY,<br><br>   Plaintiff,<br><br> v.<br><br>CENTRAL BANK OF CURACAO AND SINT MAARTEN,<br><br>   Defendant. | Civil Action No. 23-cv-134 (TSC) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 28, Defendant's Motion to Dismiss, ECF No. 23, is hereby GRANTED.

Date: May 30, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge